FILED - GR
August 3, 2026 2:55 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:ARR   SCANNED BY: AR / 8.9

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

**2:26-cv-178**
**Phillip J. Green**
**U.S. Magistrate Judge**

Jayshon Chris Rogers
_____

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If
you cannot list all plaintiffs in the space provided, please write "see attached" and list all
names on an additional page.)

v.

State of Corrections
_____

_____

_____

_____

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants
in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
### (Print Clearly)

I. **Previous Lawsuits**
   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?     Yes ☐   No ☒

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

      _____

   2. Is the action still pending?     Yes ☐   No ☐

      a. If your answer was no, state precisely how the action was resolved: _____

      _____

   3. Did you appeal the decision?     Yes ☐   No ☐

   4. Is the appeal still pending?     Yes ☐   No ☐

      a. If not pending, what was the decision on appeal? _____

      _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐   No ☐

      a. If so, explain: _____

      _____

- 2 -     (W.D. Mich. Form – Last Revised: September 2021)

II. **Parties**

A.  Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff ___Jay'shon   Chris   Rogers___

Place of Present Confinement ___Baraga   corrections   fccilty___

Address ___13924   wagaDa   RD   Baraga   mi   49168___

Place of Confinement During Events Described in Complaint___Amf___

B.  Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 _____

Position or Title _____

Place of Employment _____

Address_____

Official and/or personal capacity? _____

Name of Defendant #2 _____

Position or Title _____

Place of Employment _____

Address_____

Official and/or personal capacity? _____

Name of Defendant #3 _____

Position or Title _____

Place of Employment _____

Address_____

Official and/or personal capacity? _____

Name of Defendant #4 _____

Position or Title _____

Place of Employment _____

Address_____

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address_____

Official and/or personal capacity? _____

- 3 -                    (W.D. Mich. Form – Last Revised: September 2021)

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

I was Locking IN C-2-128 when The Move Team was Brought To my Door The Body Cam was ILED I was Told To Bend N Cough I DID So Sgt Lyon Sprayed me with The gas He Then waited 3min To Have me Bend N Cough I DID So N He Sprayed me again for no Reason I wrote The grievance form N pulled His Body Cam fotage I was given a Shower until 5 Days after Being Sprayed This Happen on July 15, 2026 I DiDnt get a Shower until July, 20, 2026

(W.D. Mich. Form – Last Revised: September 2021)

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I'm Asking To Be Comasated for My Pain (N) To Held Him Accouble To His Job

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment.  If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates.  Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary.  If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge.  The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☑ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☑ I request that this case be assigned to a district judge.

July 29 26
**Date**

**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

- 5 -                                    (W.D. Mich. Form – Last Revised: September 2021)



Prisoner Name: _Jayshen C Rogers_

Prisoner Number: _741883_

BARAGA CORRECTIONAL FACILITY
13924 Wadaga Road
Baraga, MI 49908-9204

KINGSFORD MI 498

31 JUL 2026 PM 1 L

FIRST CLASS

US POSTAGE IMI PITNEY

ZIP 49908
02 7H
0006228327    JUL

$ 001

US District Court
344 Federal Building
110 Michigan St NW grand
Rapids mi 49503

49503-236399